UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE RABON, REGINA RABON,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Defendants. | No.  2:14-cv-1660 JAM DAD PS<br><br><br><br>ORDER |

Plaintiffs Eugene Rabon and Regina Rabon are proceeding pro se in the above entitled action.  Accordingly, the case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

A motion to quash service and motion to dismiss brought on behalf of defendant Real Time Resolutions, Inc. is scheduled for hearing before the undersigned on Friday October 24, 2014.  (Dkt. No. 16.)  However, on September 29, 2014, the undersigned issued findings and recommendation, recommending that this action be dismissed due to plaintiffs' failure to prosecute.  (Dkt. No. 19.)  The time for the filing of objections to those findings and recommendations has expired, no objections have been filed and the findings and recommendations are now pending before the assigned District Judge.  If the assigned District Judge adopts those findings and recommendation in full, this matter will be dismissed.

Accordingly, defendant Real Time Resolutions, Inc.'s motion to dismiss will be denied without prejudice to being re-noticed for hearing before the undersigned in the event the assigned District Judge does not adopt the pending findings and recommendations in full and this matter is not dismissed.

Accordingly, IT IS HEREBY ORDERED that defendant's September 19, 2014 motion to dismiss (Dkt. No. 16) is denied without prejudice and dropped from the October 24, 2014 law and motion calendar.

Dated:  October 17, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\rabon1660.mtd.ord.docx

2